FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-1156
_____

DAVID W. PRICE,

Appellant,

v.

BERNARD F. DALEY, JR.,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

June 13, 2018

PER CURIAM.

AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David W. Price, pro se, Appellant.

Bernard F. Daley, Jr., pro se, Appellee.